IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| QU XIAO KAI, | : |
| Petitioner, | : |
| vs. | : |
| | : CIVIL ACTION 07-00329-WS-B |
| DAVID O. STREIFF, *et al.*, | : |
| Respondents. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby dismissed as moot.

**DONE** this 27th day of February, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE